UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ALLEN J. PENDERGRASS,
    Defendant.

Case No. 2:14-CR-00021(1)
JUDGE EDMUND A. SARGUS, JR.

## ORDER

The Honorable Edmund A. Sargus, Jr. hereby recuses himself from the above case. The clerk is directed to re-assign the case by random draw.

**IT IS SO ORDERED.**

4-9-2014
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE