PS-08
(Rev 1/13)

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF OHIO - COLUMBUS

U.S.A. vs. Allen J. Pendergrass          Docket No: 0648 2:14CR00021 - (001)

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW Shawn D. Stewart, pretrial services officer, presenting an official report upon the conduct of defendant Allen J. Pendergrass ( 441 Highway 279  Fayetteville, GA 30214 ), who was placed under pretrial release supervision by the Honorable Edmund A. Sargus Jr. GEORGE C. SMITH, sitting in the court at Columbus on the 20 date of March, 2014 under the following conditions:

1) Submit to supervision and report for supervision to Pretrial Services.
2) Continue or actively seek employment.
3) Surrender any passport.
4) Obtain no new passport
5) Avoid all contact, directly or indirectly, with any victims or witness.
6) Refrain from possessing a firearm, destructive device, or other dangerous weapons.
7) Not use alcohol excessively.
8) Not use or unlawfully possess a narcotic drug or other controlled substance unless prescribed licensed medical practitioner.
9) Report within 72 hours to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
10) Restricted travel to the Northern District of Georgia unless the supervising officer has approved travel in advance: Southern District of Ohio for court and attorney purposes.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Per Your Honor's request, this petition is being written as the defendant was released without Your Honor's authorization on a previously issued warrant. Said warrant was to act as detainer following the defendant's arrest on new criminal charges.

Based upon these violations, the Pretrial Services Officer requests that the Court:

Order a warrant be issued for the defendant's arrest. The Pretrial Services Officer requests the Petition for Action and warrant be filed under seal in the Electronic Case File (ECF) System.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  October 31, 2014

U.S. Pretrial Services Officer

**Court Order**

☐ No Action

☒ The Court finds there is probable cause to believe the Defendant has violated the conditions of his/her release and orders the issuance of a warrant for his/her arrest.

☐ Summons to Appear and Show Cause

☐ Modification of the Bond and/or the Conditions of release as follows:

Considered and ordered this 31st day of October, 2014 and ordered filed and made a part of the records in the above case.

_Michael H. Watson_
U.S. District Judge / ~~Magistrate Judge~~