UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

-vs-                                         Case Number: 2:14-cr-21

**ALLEN J. PENDERGRASS**

COURTROOM   MINUTES
**SENTENCE**

| JUDGE: | **George C. Smith** | DATE AND TIME | June 10, 2015 1:30 pm |
|---|---|---|---|
| DEPUTY CLERK: | Lisa V. Wright | COUNSEL FOR GOVT: | Dave Bosley |
| CT. REPORTER: | Denise Errett | COUNSEL FOR DEFT(S). | Terry Sherman |
| INTERPRETER: | | USPO: | Tina Ankrom |
| | | | |

Defendant sentenced to 30 months imprisonment on Counts 31 and 48 to run concurrently to each other, 3 years supervised release on Counts 31 and 48 to run concurrently with each other, $200 special assessment and restitution in the amount of $290,668.91.  Defendant agrees to forfeiture of property as described in Forfeiture A of the Indictment.

Defendant advised of his right to appeal.

Defendant to voluntarily surrender to the institution as notified by USMS.