AO 245B (Rev. 09/08)  Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Southern District of Ohio at Columbus

UNITED STATES OF AMERICA

v.

**ALLEN J. PENDERGRASS**

**JUDGMENT IN A CRIMINAL CASE**

Case Number:     **2:14-CR-21**

USM Number:     65828-019

TERRY SHERMAN
Defendant's Attorney

## THE DEFENDANT:

[✔]  pleaded guilty to count(s): 31 AND 48 of the Indictment .
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1344 | BANK FRAUD | 10/01/12 | 31 & 48 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on counts(s) ___ .

[✔]  Count(s) 1-30, 32-47, 49-52 of the Indictment  (is)(are) dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and the United States Attorney of material changes in the defendant's economic circumstances.

June 10, 2015
Date of Imposition of Judgment

s/George C. Smith
Signature of Judicial Officer

**GEORGE C. SMITH**, United States Senior District Judge
Name & Title of Judicial Officer

June 18, 2015
Date

AO 245B (Rev. 09/08)  Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 2:14-CR-21 | Judgment - Page 2 of 6 |
| DEFENDANT: | ALLEN J. PENDERGRASS | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **30 months.**
Count 31: 30 months imprisonment
Count 48: 30 months imprisonment to run concurrently to Count 31 and any sentence imposed by the Larimer County District Court in Colorado.

[ ]     The court makes the following recommendations to the Bureau of Prisons:


[ ]     The defendant is remanded to the custody of the United States Marshal.


[ ]     The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.


[✔]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before 2:00 p.m. on _.
       [✔] as notified by the United States Marshal .
       [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant ~~delivered~~ on _Voluntary Surrender_ 7/28/15 to J.V. Flournoy , Warden

at FCI Josip , with a certified copy of this judgment.

~~UNITED STATES MARSHAL~~
S Williams CO

By _____
Deputy U.S. Marshal