September 23, 2016

ALLEN J. PENDERGRASS
BOP Reg. No. 65828-019
Federal Satellite Low
2680 US HWY 301 South
Jesup, GA 31599

Honorable George C. Smith
United States Senior District Judge
85 Marconi Blvd.
Columbus, OH 43215

Honorable Judge George C. Smith,

    I, ALLEN PENDERGRASS, humbly petition this Honorable Court's indulgence as regards to a personal supplication pertaining to the parameters of my impending release from incarceration and reentry into the community.

    Please know that the form chosen to extend this entreaty to this Honorable Court does not remotely purport or portend any judicial standing and/or allusion to any legal resolution by this Petitioner. It is rather a direct appeal to the benevolence of this Honorable Court to provide a recommendation on behalf of this Petitioner, so he may be afforded the best opportunity for a successful transition/reentry back into the community and family life. In the modest opinion of this Petitioner, that would entail a sufficient period in the Residential Reentry Center (RRC), A.K.A. Half-way House, and/or Home Confinement. It is this Petitioner's conviction that nine (9) months would be a sufficient period. The core purpose of such period of time would be to provide ample opportunity to establish community support systems, strengthen familial bonds, acquire employment, secure housing, and adjust to the nuances of a rapidly evolving technology driven society. These factors are decidedly challenging for most, after periods of incarceration, but certainly even more so for a man of my advanced age.

    If it pleases this Honorable Court, a review of this Petitioner's relevant information will reflect a man soon to be sixty-one (61) years of age, in less than ideal health (although fully employable), and, for all practical purposes, financially marginalized, as a result of the negative choices made, which precipitated my subsequent arrest, guilty plea, and incarceration.

    As was unequivocally expressed at my sentencing colloquy, the extent of my remorse for my actions and the pain inflicted on both the victims of my crime and my family members alike, is truly immeasurable.

    From the very outset of my incarceration period I have endeavored to avail myself of programs I felt would be instrumental in addressing the negative facets of my character. This Honorable

Court had the insight to recommend, via by Judgment and Commitment, that I be allowed to participate in substance abuse programming, as a postive encouragement in addressing my history of alcohol abuse. As a result of this Court's recommendation, upon my arrive at the Bureau of Prisons (BOP) facility at Jesup, GA. (July ___, 2015), I was enrolled in the 600 hour Residential Drug Abuse Program (RDAP), and remained until September, 2016. I've also enrolled in and completed programming in:

* Parenting
* Resume Writing
* Business Finance
* ServSafe Food Safety
(Please see attached)

Enrollment/completion of the aforementioned programs were voluntarily engaged with the hopes of utilizing the available resources in order to improve my interpersonal skills, inept decision making, and enhance employability prospects. Please know I am fully aware that my participation in available programming, as well as my maintaining a clear conduct record, does not, in and of itself, assure or even imply any preferential consideration, either from BOP authorities nor this Honorable Court. As I've stated, the impetus for my involvement/participation has been, and remains, to enhance my ability to make pragmatic choices.

That same motivation is what has inspired me to appeal to this Honorable Court for a recommendation for placement in the Residential Reentry Center (Half-way House) for a period of nine (9) months and/or Home Confinement for a similar period, or that which is permitted for policy/law.

If it pleases the Court, I would like to reference the Second Chance Act of 2007, Public Law 110-199, HSC 17501. In that Law, which was formulated to impact community safety through Recidivism Prevention, states in part: Section 3, Purposes: Findings, (a)(5); "...to assist offenders reentering the community from incarceration to establish a self-sustaining and law-abiding life by providing sufficient transitional services for as short a period as practicable, not to exceed one (1) year, unless a longer period is specifically determined to be necessary..."

That passage encapsulates the essence of my prayer and plea I humbly extend to this Honorable Court. I seek the Court's recommendation so as to provide the greatest opportunity for a seamless transition/reentry back into my community, and a successful resumption of my role as a father, grandfather, and positive contributor to my family, community, and country. Your indulgences, equitable consideration, and timely response is much appreciated.

Most Respectfully,

*[signature]*

ALLEN J. PENDERGRASS
BOP Reg. No. 65828-019

Please send request letter of recommendation to:
    Mr. Santiago, Unit Manager B Unit
    Federal Satellite Low Jesup

    Mr. Nash, Case Manager
    Federal Satellite Low Jesup
    2680 US HWY 301 South
    Jesup, GA 31599

cc: TERRY SHERMAN, Defendant's Attorney

```
JESEF              *        INMATE EDUCATION DATA          *     09-26-2016
PAGE 001           *              TRANSCRIPT               *      19:39:35


REGISTER NO: 65828-019     NAME..: PENDERGRASS            FUNC: DIS
FORMAT.....: TRANSCRIPT    RSP OF: JES-JESUP FCI


-------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION             START DATE/TIME  STOP DATE/TIME
JES  ESL HAS    ENGLISH PROFICIENT      08-03-2015 0828  CURRENT
JES  GED HAS    COMPLETED GED OR HS DIPLOMA  08-03-2015 0827  CURRENT


--------------------------- EDUCATION COURSES -----------------------------
SUB-FACL   DESCRIPTION                 START DATE  STOP DATE  EVNT AC LV  HRS
JES FSL    FSL JOB FAIR-RPP 2          05-19-2016  CURRENT
JES FSL    SERVE SAFE CLASS @ FSL      06-01-2016  CURRENT
JES FSL    ACE SPANISH 1 CLASS @ FSL   08-01-2016  CURRENT
JES FSLDRG REAL ESTATE 2 CLASS @ FSL   04-05-2016  06-29-2016   P   C  P   18
JES FSLDRG PHYSICAL TRAINING CLASS 1@ FSL 08-24-2015 11-24-2015  P   C  P   40
JES FSL    RPP#5 RELEASE REQUIREMENTS  08-19-2015  08-19-2015   P   C  P    1
JES FSL    RPP#2 DEPARTMENT OF LABOR   08-19-2015  08-19-2015   P   C  P    1
JES FSL    RPP 3 FINANCE               08-19-2015  08-19-2015   P   C  P    1
JES FSL    RPP#4 U. S. P. O.           08-19-2015  08-19-2015   P   C  P    1


G0002      MORE PAGES TO FOLLOW . . .
```

```
JESEF              *      INMATE EDUCATION DATA        *     09-26-2016
PAGE 002 OF 002    *           TRANSCRIPT              *     19:39:35


REGISTER NO: 65828-019    NAME..: PENDERGRASS              FUNC: DIS
FORMAT.....: TRANSCRIPT   RSP OF: JES-JESUP FCI


------------------------------ EDUCATION COURSES ------------------------------
SUB-FACL   DESCRIPTION                  START DATE  STOP DATE  EVNT AC LV  HRS
JES FSL    RPP#4 COMMUNITY CORRECTIONS  08-19-2015  08-19-2015  P   C  P   1
JES FSL    RPP#1 AIDS AWARENESS         08-06-2015  08-06-2015  P   C  P   1




G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```