SDOH, 7/03

## PAYMENT SCHEDULE FOR COURT-ORDERED MONETARY PENALTIES

| | | | |
|---|---|---|---|
| Name: | Allen J. Pendergrass | Docket #: | 2:14CR21(1) |
| Address: | 57 Bay Branch Boulevard<br>Fayetteville, GA 30214 | Judge: | Honorable George C. Smith<br>United States Senior District Judge<br>Southern District of Ohio |

You have been ordered by the United States District Court to pay a special assessment of $200.00, restitution of $290,668.91, and/or a fine of $0.00, as a condition of your supervision (probation, parole, or supervised release).

**Probation Officer's Recommendation:**

It is the recommendation of the Probation Officer that the court order a payment schedule in the about of $100.00, commencing 1/1/2018. This is based on the following analysis of your ability to pay: The supervising probation officer in the Northern District of Georgia completed a financial assessment and has determined that $100.00 per month is appropriate and feasible at this time.

_____    12-7-17
U. S. Probation Officer                              Date

**Order of the Court:** The Court orders minimum monthly payments of $100.00 to commence on January 1, 2018, and to continue until the debt is satisfied or the Court alters the payment schedule.

_____    12/13/2017
Signature of Judicial Officer                       Date

Original: Probation file
Copies: Defendant, Clerk of Court, US Attorney office, FLU